UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EDWIN (EDDIE) RALPH MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MISSOULA, COUNTY OF MISSOULA, AND STATE OF MONTANA<br><br>    Defendants. | Case No. CV-18-190-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

  Dated this 25th day of January, 2019.

        TYLER P. GILMAN, CLERK

        By: /s/ A. Puhrmann
        A. Puhrmann, Deputy Clerk